FRANCIS G. YOUNG, Respondent, *v.* GEORGE W. HUNT, Appellant.

(Argued January 25, 1878 ; decided February 5, 1878.)

THIS was an action to recover for professional services as attorney and counsel, alleged to have been rendered by

plaintiff for defendant. Defendant denied the employment.

The evidence showed that plaintiff was a boarder at the public house of the defendant; that he had some concern on the part of defendant in the transactions which are made the basis of his charges. One of the defenses sought to be maintained by defendant on the trial was that the part taken by plaintiff was simply as a friend, not as a retained attorney or legal adviser, and that there was a mutual interchange between the two of kindly offices without expectation of payment. Upon the trial defendant's counsel offered to prove that plaintiff did receive from defendant benefits, advantages, accommodations and loans and room at less prices, and services, and that these were the consideration for the services rendered by the plaintiff, without charge. This was objected to and objection sustained. *Held*, error; that the defense sought to be established was a lawful and proper answer to plaintiff's claim; that the evidence offered was pertinent and should have been admitted.

*Samuel Hand* for appellant.

*Charles W. Slayton* for respondent.

*Per Curiam.* Opinion for reversal and new trial.
All concur except Miller, J., absent.
Judgment reversed.